**IN THE UNITED STATES SOUTHERN DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **Erik Eduardo ALVARADO** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. ____________________** |
| | § | |
| **Ignacio GARCIA, and** | | § |
| **Federal Express Corporation** | § | **JURY DEMANDED** |
| **Defendants.** | | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

NOW COMES, ERIK EDUARDO ALVARADO, hereinafter called Plaintiff, and filed this his Original Complaint against IGNACIO GARCIA and FEDERAL EXPRESS CORPORATION hereinafter called Defendants, and for just cause would respectfully show the Court the following:

NATURE OF THE CASE

1. This action arises as a result of an automobile accident which injured the Plaintiff on or about March 30, 2015, at approximately 1744 Crash Time.

PARTIES

2. Plaintiff, ERIK EDUARDO ALVARADO, is an individual who resides in McAllen Hidalgo County, Texas.

3. Defendant IGNACIO GARCIA is an individual who is a resident of Texas who resides at 4724 Xanthisma Avenue, McAllen, Texas 78504, and may be served

4. Defendant FEDERAL EXPRESS CORPORATION is now and at all times relevant herein a foreign corporation, duly organized and recognized under the laws of the State of New Jersey address of 4001 Lendenhall Road, Mt Laurel, NJ 08054 and may be served by sending a copy of the summons and complaint by certified mail, return receipt requested to its

registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

## JURISDICTION AND VENUE

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C . § 1332(a) as this case is between citizens of different states and the amount in controversy exceeds $75,000.00.

6. Venue is proper in this Judicial District pursuant to 28 U.S.C . § 1391(a), because the wrongful act or omission of the Defendants occurred within this Judicial District.

## FACTUAL BACKGROUND

7. At all times mentioned in this complaint, the Plaintiff was conducting himself in a lawful, peaceful and proper manner.

8. At all times mentioned in this complaint, Defendant IGNACIO GARCIA was driven Vehicle Truck owned by defendant FEDERAL EXPRESS CORPORATION. At all times mentioned herein, defendant IGNACIO GARCIA was an authorized operator of defendants' automobile and a servant, agent, or employee of defendant FEDERAL EXPRESS CORPORATION acting within the scope of his authority or employment, and in furtherance of his employers' businesses.

9. At all times mentioned in this complaint, Ware Street and Ursula Street are public roadways/highways in Hidalgo County, McAllen, Texas.

10. On or about March 30, 2015, at approximately 1744 Crash Time, the plaintiff was driving his automobile and was travelling southbound on the inside lane at the 5800 block S. Ware Road, when suddenly and without warning the automobile being driven by Defendant IGNACIO GARCIA exited a private drive on the West side of Ware Road and violently struck the Plaintiff's automobile on the front right quarter.

NEGLIGENCE AND NEGLIGENCE PER SE

11. Defendant IGNACIO GARCIA had a duty to exercise the degree of care that a reasonably careful prudent person would use to avoid harm to others under circumstances similar to those described herein.

12. Plaintiffs injuries were proximately caused by Defendant IGNACIO GARCIA negligent, careless and reckless disregard of said duty.

13. The negligent, careless and reckless disregard of duty of Defendant IGNACIO GARCIA consisted of, failure to yield right of way after exiting a private drive and or is not limited to, the following acts and omissions:

(a) IN THAT he failed to keep a reasonable and proper lookout and to pay attention to where he was going;

(b) IN THAT he operated said automobile at a greater rate of speed than the circumstances warranted;

(c) IN THAT he failed to sound his horn, or give a timely warning, or any warning whatsoever, of the impending accident;

(d) IN THAT he failed to apply his brakes in time to avoid an accident although by a proper and reasonable exercise of his faculties, he could and should have done so;

(e) IN THAT he operated said automobile with defective or inadequate brakes or failed to apply his brakes in time to avoid said accident;

(f) IN THAT In that he was operating his automobile without having due regard for the traffic, width and us of the roadway' and

(g) IN THAT In that he failed to grant the right of way from a private drive.

14. The foregoing acts of negligence and negligence per se by Defendant IGNACIO GARCIA was a proximate cause of the incident and the resulting damages to the Plaintiff.

15. At the time and on the occasion in question, and immediately prior thereto, Defendant FEDERAL EXPRESS CORPORATION committed acts of omission and commission, which collectively and severally constituted negligence and which were a proximate cause of the injuries to and the damages of Plaintiff.

16. The independent acts of negligence of Defendant FEDERAL EXPRESS CORPORATION include but are not limited to, the following:

A. Entrusting the subject truck to an unlicensed, incompetent and/or reckless driver when it knew and/or should have known the driver of the subject truck was unlicensed, incompetent, and/or reckless;

B. Hiring and retaining an unlicensed, incompetent and/or reckless driver when it knew and/or should have known that the subject driver was unlicensed, incompetent and/or reckless; and

C. Failed to properly train its driver.

17. Each of the foregoing acts of negligence was a proximate cause of the collision in question and the injuries and damages of Plaintiff.

18. At the time and on the occasion in question, and immediately prior thereto, Defendant FEDERAL EXPRESS CORPORATION committed acts of omission and commission, which collectively and severally constituted negligence and which were a proximate cause of the injuries to and the damages of Plaintiff.

19. The independent acts of negligence of Defendant FEDERAL EXPRESS CORPORATION include but are not limited to, the following:

A. Entrusting the subject truck to an unlicensed, incompetent and/or reckless driver when it knew and/or should have known the driver of the subject truck was unlicensed, incompetent, and/or reckless;

B. Hiring and retaining an unlicensed, incompetent and/or reckless driver when it knew and/or should have known that the subject driver was unlicensed, incompetent and/or reckless; and

C. Failed to properly train its driver.

20. Each of the foregoing acts of negligence was a proximate cause of the collision in question and the injuries and damages of Plaintiff.

RESPONDEAT SUPERIOR

21. Plaintiff adopts the allegations of the above-numbered paragraphs and incorporates the same where relevant.

22. Defendant FEDERAL EXPRESS CORPORATION is liable for the damages proximately caused to Plaintiff by the conduct of Defendant IGNACIO GARCIA in that Defendant FEDERAL EXPRESS CORPORATION was the employer of Defendant INGACIO GARCIA on the date that Defendant IGNACIO GARCIA negligently injured Plaintiff, as alleged above, and Defendant IGNACIO GARCIA was acting within the course and scope of that employment when that injury occurred of Defendant FEDERAL EXPRESS CORPORATION had the right to control the activities of Defendant IGNACIO GARCIA.

NEGLIGENT ENTRUSTMENT

22. Plaintiff adopts the allegations of the above-numbered paragraphs and incorporates the same where relevant.

23. At the time and on the occasion in question, and immediately prior thereto, Defendant FEDERAL EXPRESS CORPORATION was guilty of negligent entrustment and knew or should have known that Defendant IGNACIO GARCIA was a negligent and reckless driver.

## NEGLIGENT UNDERTAKING

24. Defendants or their agents undertook, either gratuitously or for their own benefit, obligations to train, supervise, direct, instruct, and/or control the performance of workers and/or the operation of equipment or vehicles. Defendants knew or should have known that such training, supervision, direction, instruction, control, and/or operation was necessary for Plaintiff's protection. Defendants failed to exercise reasonable care in performing those obligations. Plaintiff or a third party relied on Defendants' performance, and Defendants' performance increased Plaintiff's risk of harm.

## INJURIES TO PLAINTIFF

25. Plaintiff adopts the allegations of the above-numbered paragraphs and incorporates the same where relevant.

26. As a direct and proximate result of this negligence, Plaintiffs sustained injuries and damages. Specifically, as a result of Defendant IGNACIO GARCIA's negligence, the Plaintiff has suffered severe and serious personal injuries, some of which may be permanent including, but not limited to:

a. cervical sprain/strain;

b. lumbar sprain/strain;

c. cervical segment dysfunction; and

d. tension headaches.

## DAMAGES TO PLAINTIFF

27. Plaintiff adopts the allegations of the above-numbered paragraphs and incorporates the same where relevant.

28. As a direct and proximate result of the occurrence made the basis of this lawsuit, the plaintiff, was caused to suffer and to endure anxiety, pain, and illness. Consequently, Plaintiff is entitled to the following items of damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by the Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in HIDALGO County, Texas;

B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C. Physical pain and suffering in the past and present;

D. Physical pain and suffering in the future;

E. Physical impairment in the past and present;

F. Physical impairment which, in all reasonable probability, will be suffered in the future;

G. Mental anguish in the past;

H. Mental anguish in the future;

I. Fear of future medical condition;

J. Cost of medical monitoring and prevention in the future;

K. Property damages;

L. Loss of use; and

M. Diminution in value.

## JURY DEMAND

29. Plaintiff demands a trial by jury.

PRAYER

30. WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein and that, upon final trial, Plaintiff recover the following:

A. Actual damages;

B. Post-judgment interest as allowed by Federal law;

C. Court costs, fees and other expenses; and

D. Other and further relief to which Plaintiff may be entitled.

THE PLAINTIFF

By________________________

Ramiro Alcazar, Esq.
26 Edgewood Street
Meriden, CT 06451
203 630 3871
203 235 1137 fax
Federal Bar #
Attorney for Plaintiff

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Erik Eduardo ALVARADO

**(b)** County of Residence of First Listed Plaintiff Hidalgo
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ramiro ALCAZAR, Esq; 26 Edgewood Street, Meriden, CT 06451
203 630 3871

## DEFENDANTS
Federal Express Corporation & Ignacio GARCIA

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (***Do not cite jurisdictional statutes unless diversity***):
28 U.S.C . § 1391(a)(3)

Brief description of cause:
Auto Accident Resulting in injuries

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE
03/28/2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Erik ALVARADO

**(b)** County of Residence of First Listed Plaintiff: Hidalgo
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ramiro ALCAZAR, Esq; 26 Edgewood Street, Meriden, CT 06451
203 630 3871

## DEFENDANTS

Federal Express Corporation & Ignacio GARCIA

County of Residence of First Listed Defendant: ______
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C . § 1391(a)(3)

Brief description of cause:
Auto Accident Resulting in injuries

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______